# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01806-STV

ABDELRAUOF ABDELMEGED, an individual

Plaintiff,

v.

AZA ADULT DAYCARE, LLC., a Colorado limited liability company,
SABAR ABAAS, an individual,
AAZA ABAAS, an individual,

Defendants.

---

## PLAINTIFF'S MOTION TO RESTRICT
## PLAINTIFF'S REPLY AND PLAINTIFF'S REPLY EXHIBITS 1A – 9A
## TO DEFENDANT'S RESPONSE AND AMENDED RESPONSE TO
## PLAINTIFF'S SECOND MOTION TO ENFORCE A SETTLEMENT AGREEMENT

---

Plaintiff and Counter-Defendant Abdelrauof Abdelmeged, through his attorneys, moves this Court to restrict Plaintiff's Reply and Plaintiff's Reply Exhibits (Nos. 1A – 9A) to Defendant's Response and Amended Response to Plaintiff's Second Motion to Enforce a Settlement Agreement. [Plaintiff's Reply]. In support, Plaintiff states:

### DISCUSSION

1.      The Reply and the Exhibits were filed on March 22, 2022. [ECF # 32 and ECF # 32-1 through 32-9].

2.      This Motion seeks a Level – 1 restriction on the Reply and the Exhibits.

3.      The interests to be protected are the specific terms of settlement negotiations and a settlement agreement between the parties. These private interests of

the parties outweigh the presumption of public access to terms which private, and not matters of public concern D.C.COLO.LCivR 7.2(c)(2).

5.      A serious injury would occur if access is not restricted because the parties' capacity to resolve this action would be harmed if the confidential settlement information is available to the public.  D.C.COLO.LCivR 7.2(c)(3).

6.      No alternative restriction is practicable because the Court has ordered the Plaintiff to provide the specific terms of the settlement agreement in dispute to permit the Defendants to respond and the court to rule on the Motion. D.C.COLO.LCivR 7.2(c)(4).

7.      Plaintiff requests a Level 1 restriction, limiting access to the Court and the Parties. D.C.COLO.LCivR 7.2(c)(5).

## **CONCLUSION**

WHEREFORE, Plaintiff requests this Court to enter an Order restricting access to Plaintiff's Reply and the Reply Exhibits [ECF # 32 and ECF ## 32-1 through 32-9].

Dated: March 22, 2022

Respectfully submitted,

/s/ Steven L. Murray
Steven L. Murray
Murray Law, LLC
3900 East Mexico Avenue, Suite 300
Denver, CO 80210
303-396-9952
Email: steven@smurraylaw.com

/s/ Thomas H. Mitchiner
Thomas H. Mitchiner
Mitchiner Law LLC
1240 S. Parker Rd, Suite 103
Denver, CO 80231
Phone: (720) 538-0371
Email: tmitchiner@mitchinerlawllc.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the above PLAINTIFF'S MOTION TO RESTRICT PLAINTIFF'S REPLY AND PLAINTIFF'S REPLY EXHIBITS 1A – 9A TO DEFENDANT'S RESPONSE AND AMENDED RESPONSE TO PLAINTIFF'S SECOND MOTION TO ENFORCE A SETTLEMENT AGREEMENT was served to all counsel for Defendants listed below via the Court's ECF filing service this March 22, 2022.


Richard E. Schmittel, Jr.
Robinson & Henry, PC
755 East Hampden Avenue, Suite 600
Denver, CO 80231
Email: richard@robinsonandhenry.com


/s/ *Steven L. Murray*
Steven L. Murray